UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD OCAMPO-CONTRERAS,

Petitioner,

v.

WARDEN,

Respondent.

Case No.  1:26-cv-0579-DAD-JDP (P)

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed an application to proceed *in forma pauperis*, ECF No. 2, and a motion for appointed counsel, ECF No. 3.[1]  The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[2]

Petitioner's motion for the appointment of counsel is granted.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d

---

[1] Petitioner filed a motion to proceed *in forma pauperis*, ECF No. 2, but also paid the $5.00 filing fee.  Accordingly, his motion will be denied as moot.

[2] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

952, 954 (9th Cir. 1983).  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is DENIED as moot in light of his payment of the filing fee.

2.  Petitioner's request for appointment of counsel, ECF No. 3, is GRANTED.

3.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal Defender, Attention: Habeas Appointment.

4.  Within seven days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.  The United States Attorney's Office for the Eastern District of California shall file a notice of appearance within seven days of the date of this order

6.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status report addressing any motions the parties anticipate filing and a proposed briefing schedule for such motions.

IT IS SO ORDERED.


Dated:   January 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE