**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
ALEKXIA TORRES STALLINGS, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
**RICARDO OCAMPO CONTRERAS**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>RICARDO OCAMPO CONTRERAS,<br><br>Defendants. | Case No.  **1:26-CV-0579-DAD-JDP(P)**<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE CAROLYN K. DELANEY, UNITED STATES DISTRICT COURT JUDGE; ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUAN MANUEL CISNEROS MATA, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS SO STIPULATED.**

DATED: February 9, 2026

Respectfully Submitted,
*/s/ Alexxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
RICARDO OCAMPO CONTRERAS

1

## STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Defendant's/Petitioner's Opening Brief: **Due February 20, 2026**

Government/Respondent's Opposition Brief **Due February 27, 2026**

Defendant's/Petitioner's Rely (if any) **Due March 20, 2026**

Date: __*February 9, 2026*___          ___/s/ Calvin Lee_____ _
UNITED STATES ATTORNEY OF
CALIFORNIA, EASTERN DISTRICT
CALVIN LEE

IT IS SO ORDERED.


Dated:    February 10, 2026     _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2