**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
ALEKXIA TORRES STALLINGS, SBN 296418
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: lextorres@lawtorres.com

Attorney for:
**RICARDO OCAMPO CONTRERAS**

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO OCAMPO CONTRERAS,<br><br>Petitioner,<br><br><br>WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. **1:26-CV-00579-DAD-JDP**<br><br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE JEREMY D. PETERSON UNITED STATES MAGISTRATE JUDGE; ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RICARDO OCAMPO CONTRERAS, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby submitting the following proposed order for a briefing schedule regarding the Defendant's request for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS SO STIPULATED.**

DATED: March 9, 2026

Respectfully Submitted,
*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
RICARDO OCAMPO CONTRERAS

1

## <u>STIPULATION AND ~~PROPOSED~~ ORDER FOR BRIEFING SCHEDULE</u>

IT IS SO ORDERED that the BRIEFING SCHEDULE is as follows:

Government/Respondent's Opening Brief: **Due March 20, 2026**

Defendant's/Petitioner's Reply Brief **Due March 27, 2026**

Date: __*March 9, 2026*__                    __*/s/ Calvin Lee*_____
UNITED STATES ATTORNEY OF
CALIFORNIA, EASTERN DISTRICT
CALVIN LEE

IT IS SO ORDERED.

Dated:   __March 20, 2026__               _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2